IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: Jose Daniel Pena
154 Pheasant tkL
Carpentersville ILL 60110

Courtney Nicole Penn
154 Pheasant tkL
Carpentersville ILL 60110, Debtors

Case No.: 14-23289

Judge: Donald R Cassling

Chapter: 7

### ORDER TO REOPEN CASE

THIS CAUSE coming on to be heard on the Motion of the Debtor, no adverse interest appearing, and the Court having found due notice having been given, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Chapter 7 case of Jose & Courtney Pena Case No. 14-23289, be reopened for the sole purpose of filing Debtors' Certificate of Debtor Education and thus allowing Debtors to receive a discharge. Upon Debtors receiving their discharge said case shall be re-closed.

Entered:

2-27-15

Dated

Donald R. Cassling

United States Bankruptcy Judge